AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

KEVIN J. OSBORNE,

    Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER:  **3:10-CV-00537-LRH-VPC**

STATE OF NEVADA, et al.,

    Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's first amended complaint (#13) is **DISMISSED** without prejudice and without leave to amend for failure to state a claim for which relief may be granted.


  February 8, 2011                                                                **LANCE S. WILSON**
                                                                                       Clerk


                                                                                 /s/ D. R. Morgan
                                                                                    Deputy Clerk